# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEAN GIANAKOS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN WHITE,<br><br>    Respondent. | Case No. 1:21-cv-01056-NONE-SKO-HC<br><br>ORDER GRANTING MOTION TO AMEND RESPONDENT<br>[Doc. No. 6]<br><br>ORDER SUBSTITUTING WARDEN WHITE AS RESPONDENT IN THIS MATTER |

On July 6, 2021, Petitioner filed a federal petition for writ of habeas corpus. He named the United States of America as Respondent in this matter.

On July 15, 2021, Petitioner filed a motion to amend the petition to name Warden White as Respondent in this matter. Warden White is the proper respondent as he is the warden at the petitioner's institution and has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

Accordingly, Petitioner's motion to amend the respondent is GRANTED. Warden White is hereby SUBSTITUTED as Respondent in this matter.

IT IS SO ORDERED.

Dated:   **July 16, 2021**                   /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

1