UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEAN GIANAKOS,<br><br>                    Petitioner,<br><br>          v.<br><br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No.  1:21-cv-01056-NONE-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S <u>MOTION TO DISMISS PETITION</u><br>(Doc. No. 8)<br><br><u>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS</u><br><br><u>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND THEN ENTER JUDGMENT AND CLOSE CASE</u> |

Petitioner Michael Sean Gianakos is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2021, the assigned magistrate judge issued findings and recommendations to dismiss the petition.  (Doc. No. 4.)  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within thirty (30) days after service.  On July 26, 2021, petitioner filed a request to withdraw the petition.  (Doc. No. 8.)

/////

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules."

In this case, Respondent has not yet filed an answer or other responsive pleading. Therefore, under Rule 41(a)(1), the petition must be dismissed.

**ORDER**

Accordingly, it is hereby ordered:

1. Petitioner's motion to dismiss the petition (Doc. No. 8), is granted;
2. The petition for writ of habeas corpus is dismissed; and
3. The clerk of court is directed to assign a district judge to this case for the purpose of closing the case and then to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **October 6, 2021**                              /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE